IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-CV-62-M-BM

| | |
|---|---|
| SETH WHITAKER CLABOUGH, as Executor of the Estate of Casey Howard Clabough, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT G. JONES, in his individual capacity, et al., <br><br> Defendants. | **ORDER** |

This matter is before the court on the motion by defendants Robert G. Jones and Robert W. Jones ("Jones defendants") to stay discovery in this matter [DE-27] ("motion to stay") until the resolution of the Jones defendants' pending motion to dismiss [DE-20]. Plaintiff and defendants Southern Health Partners, Inc., Natasha Green, LPN, and Nora Mansfield, LPN, each filed a response [DE-30, -31] to the motion to stay, respectively providing their consent to the same.

For good cause shown for the reasons stated in the motion to stay, and with consent of the other parties to this action, the motion [DE-27] is GRANTED. It is therefore ORDERED that all discovery in this matter is STAYED until such time as the court rules on the Jones defendants' pending motion to dismiss [DE-20]. Within fourteen (14) days of the court's ruling on the motion to dismiss [DE-20], counsel for the remaining parties are DIRECTED to participate in a Rule 26(f) conference and file an amended Rule 26(f) report, unless otherwise ordered by the court.

SO ORDERED, this 11th day of April, 2025.

_____
Brian S. Meyers
United States Magistrate Judge